Argued and submitted February 8, petitions for review dismissed as improvidently allowed February 22, 1990

MADUFF MORTGAGE CORPORATION et al,
*Respondents/Petitioners on Review,*

*v.*

DELOITTE HASKINS & SELLS,
*Petitioner/Respondent on Review.*

(TC A8312-07855; CA A45241; SC S36592, S36623)

787 P2d 484

James H. Clarke, of Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard, Portland, argued the cause and filed the petition and response for petitioner/respondent on review Deloitte Haskins & Sells.

David B. Markowitz, of Markowitz, Herbold, Stafford & Glade, P.C., Portland, argued the cause for respondents/petitioners on review Maduff Mortgage Corporation et al. On the petition and responses was Barrie J. Herbold, Portland.

Before Carson, Presiding Justice, and Jones, Gillette, Van Hoomissen, Fadeley, and Unis, Justices.

MEMORANDUM OPINION

Petitions for review dismissed as improvidently allowed.